JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND; BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND<br><br>Plaintiffs,<br><br>v.<br><br>ACME DUPLICATING & PRINTING, INC., an Indiana corporation; A SUPERIOR PRINTER, LLC, an Indiana limited liability company,<br><br>Defendants. | Case No. 2:16-cv-01305-MWF-JPR<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Motion for Default Judgment (Docket No. 19), and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

///

///

1

1. **Damages**

Pursuant to ERISA § 4219(c), 29 U.S.C. § 1399(c), Plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement fund are hereby awarded final judgment against Defendants Acme Duplicating & Printing, Inc. and A Superior Printer LLC in the sum of $396,856.00.

2. **Prejudgment Interest**

Pursuant to ERISA § 4219(c)(6), 29 U.S.C. § 1399(c)(6), Plaintiffs are further awarded prejudgment interest in the amount of $74,203.43.

3. **Attorneys' Fees and Costs**

Pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g), Plaintiffs are further awarded attorneys' fees in the amount of $13,021.19 and costs in the amount $689.90.

Dated: June 29, 2016  _____
MICHAEL W. FITZGERALD
United States District Judge